565 S.E.2d 756

**In the Matter of Daniel L. BLAKE, Respondent.**

Supreme Court of South Carolina.

April 11, 2001.

## ORDER

Respondent was suspended on December 11, 2000, for a period of four months. He has now filed an affidavit requesting reinstatement pursuant to Rule 32, of the Rules for Lawyer Disciplinary Enforcement contained in Rule 413, SCACR.

The request is granted and he is hereby reinstated to the practice of law in this state.

/s/ Jean H. Toal, C.J.